UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22098-MGC

WINDY LUCIUS,

    Plaintiff,

v.

SILDAN CORPORATION d/b/a ILLESTEVA,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") and Defendant SILDAN CORPORATION d/b/a ILLESTEVA ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and intend to file a Notice of Dismissal with Prejudice with the Court within sixty (60) days.

Dated: January 4, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Monica L. Irel* |
| J. Courtney Cunningham, Esq. | Monica L. Irel, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | DENTONS US LLP |
| FBN: 628166 | FBN: 0142395 |
| 8950 SW 74th Court | 10700 N. Kendall Drive |
| Suite 2201 | Suite 303 |
| Miami, FL 33156 | Miami, FL 33176 |
| T: 305-351-2014 | T: 305-670-4843 |
| cc@cunninghampllc.com | monica.irel@dentons.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

<u>/s/ J. Courtney Cunningham</u>
J. Courtney Cunningham, Esq.
