UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22098-MGC

WINDY LUCIUS,

    Plaintiff,

v.

SILDAN CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff WINDY LUCIUS and Defendant SILDAN CORPORATION hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 25, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Monica Liliana Irel* |
| J. Courtney Cunningham, Esq. | Monica Liliana Irel, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | DENTONS US LLP |
| FBN: 628166 | FBN: 142395 |
| 8950 SW 74th Court | 10700 N. Kendall Drive |
| Suite 2201 | Suite 303 |
| Miami, FL 33156 | Miami, FL 33176 |
| T: 305-351-2014 | T: 305-537-0008 |
| cc@cunninghampllc.com | monica.irel@dentons.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
